UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
---------------------------------------------------------

NICOLE PROSA,

       Plaintiff,        **ORDER**

   -against-         **21-cv-01313 (VEC) (JW)**

COMMISSIONER OF SOCIAL SECURITY,

       DEFENDANT.
---------------------------------------------------------

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  This Order clarifies the Order entered on February 23, 2022 (Dkt. No. 24), granting the Letter Motion for an Extension of Time (Dkt. No. 23).  Defendant's response is due on March 24, 2022.  Plaintiff's reply will be due on April 14, 2022.

  SO ORDERED.

DATED:  New York, New York
      March 14, 2022

                    *Jennifer E. Willis*
                    JENNIFER E. WILLIS
                    United States Magistrate Judge