**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICOLE M. PROSA,

                Plaintiff,                      21 **CIVIL** 1313 (VEC)

     -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 24, 2022, Plaintiff's motion for judgment on the pleadings is GRANTED, Defendants' cross-motion for judgment on the pleadings is DENIED, and this case is REMANDED to the Social Security Administration for additional proceedings, accordingly, this case is closed.

**Dated:** New York, New York
         August 25, 2022

                                              **RUBY J. KRAJICK**

                                                    **Clerk of Court**
**BY:**
                                                    **Deputy Clerk**