```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NICOLE M. PROSA,                                :
                                                :
                              Plaintiff,        :       21-CV-1313 (VEC)
                                                :
              -against-                         :       ORDER
                                                :
COMMISSIONER OF SOCIAL SECURITY,                :
                                                :
                              Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 21, 2022, Plaintiff moved for attorneys' fees pursuant to the Equal Access to Justice Act, Dkt. 34;

WHEREAS on October 4, 2022, the Court granted Defendant's request to extend its time to respond until October 19, 2022, to allow the parties to engage in settlement discussions, Dkt. 38; and

WHEREAS the Defendant did not file a response by the Court-ordered deadline.

IT IS HEREBY ORDERED that Plaintiff must file a proposed order granting the motion for attorneys' fees by **October 26, 2022**.

**SO ORDERED.**

Date:  October 20, 2022                                 **VALERIE CAPRONI**
       New York, New York                               **United States District Judge**

1